UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ALBERTO IZQUIERDO-MATOS,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, PAMELA JO BONDI, Attorney General, TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, JESUS ROCHA, Acting Field Office Director, San Diego Field Office, CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center,<br><br>　　　　　　　　　　Respondents. | Case No.: 25-cv-2979-BJC-BLM<br><br>**ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL**<br><br>[ECF No. 2] |

　　　Before the Court is Petitioner Carlos Izquierdo-Matos' Motion for Appointment of Counsel, seeking the Court's appointment of the Federal Defenders of San Diego, Inc. pursuant to 18 U.S.C. § 3006A(a)(2). ECF No. 2. Under this statute, a district court may appoint counsel for an indigent habeas petitioner pursuing relief under 28 U.S.C. § 2241 if the court determines that the interests of justice require it. 18 U.S.C. § 3006A(a)(2)(B). In

1

making this decision, the court must consider both the petitioner's likelihood of success on the merits and their ability to effectively present their claims pro se, given the complexity of the legal issues involved. *See Rand v. Rowland*, 113 F.3d 1520 (9th Cir. 1997) (citations omitted).

Federal Defenders of San Diego, Inc. is prepared to assist Petitioner, as evidenced by their involvement in drafting the present motion and the supporting declaration of Zandra Lopez, an appellate attorney with Federal Defenders. ECF No. 2 at 13. Additionally, Petitioner states that he lacks the financial means to retain private counsel and has shown a sufficient likelihood of success on the merits. *Id*. After careful consideration of the arguments presented, the Court finds that appointing counsel is warranted in this case. Accordingly, Petitioner's motion for appointment of counsel is **GRANTED**, and Federal Defenders of San Diego, Inc. is **APPOINTED** to represent her. **IT IS SO ORDERED**.

Dated:  November 6, 2025

_____
Honorable Benjamin J. Cheeks
United States District Judge